IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANCIL EARL JACOBS, #264146, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-713-TMH |
| | ) |
| | ) |
| CARLA WOODALL, | ) |
| | ) |
| Defendant. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #13) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #13) of the Magistrate Judge is ADOPTED;

2. The defendant's motion for summary judgment is GRANTED;

3. This case is dismissed with prejudice; and

4. The costs of this proceeding are taxed against the plaintiff.

A separate judgment shall issue.

Done this 27th day of February, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE